UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANICE TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:05-cv-0671-DFH-VSS |
| SISTERS OF ST. FRANCIS HEALTH ) | |
| SERVICES, INC. LTD TRUST HEALTH ) | |
| BENEFIT PLAN and LIBERTY LIFE ) | |
| ASSURANCE COMPANY OF BOSTON, ) | |
| ) | |
| Defendants. ) | |

ENTRY ON MOTION TO DISMISS

Plaintiff's complaint alleges a claim for long term disability benefits under an employee benefit plan that plaintiff alleges is subject to the federal Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 *et seq.*  Defendants Sisters of St. Francis Health Services, Inc. Ltd. Trust Health Benefit Plan and Liberty Life Assurance Company of Boston have moved to dismiss for lack of jurisdiction because the plan qualifies as a "church plan" beyond the coverage of ERISA.  See 29 U.S.C. § 1003(b)(2).  The Fourth Circuit has treated a plan's status as a church plan as one affecting subject matter jurisdiction.  *Lown v. Continental Casualty Co.*, 238 F.3d 543, 547-48 (4th Cir. 2001) (upholding jurisdiction under ERISA where plan was not church plan).

Plaintiff has not responded to the defendants' motion, which is well supported by affidavits showing that the defendant plan qualifies as a church plan.  Accordingly, defendants' motion to dismiss is hereby granted.  The case will be dismissed for lack of subject matter jurisdiction.


So ordered.

Date:  August 29, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana


Copies to:

Scott Stuart Morrisson
KRIEG DEVAULT
smorrisson@kdlegal.com

Lawrence W. Schmits
KRIEG DEVAULT
lws@kdlegal.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com