UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANICE TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:05-cv-0671-DFH-VSS |
| SISTERS OF ST. FRANCIS HEALTH | ) |
| SERVICES, INC. LTD TRUST HEALTH | ) |
| BENEFIT PLAN and LIBERTY LIFE | ) |
| ASSURANCE COMPANY OF BOSTON, | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

The court having this day granted defendants' motion to dismiss, it is hereby ORDERED ADJUDGED AND DECREED that plaintiff Janice Taylor take nothing by her complaint and that this action is DISMISSED FOR LACK OF JURISDICTION.

Date:  August 29, 2005

_David F Hamilton_
_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _Linda S Carmichael_
_____
Deputy Clerk, U.S. District Court

Copies to:

Scott Stuart Morrisson
KRIEG DEVAULT
smorrisson@kdlegal.com

Lawrence W. Schmits
KRIEG DEVAULT
lws@kdlegal.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com